UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                Plaintiff,

   -against-

                                       Case No. 7:17-mj-8577
Donson D. Butler

                Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                       SO ORDERED.

                                                       Hon. Martin R. Goldberg
                                                     United States Magistrate Judge

Dated: 26th Day of August 2022
       Poughkeepsie, New York